```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  CYNTHIA C. LIE
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant PHILLIPS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00551 JW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| MICHAEL CLAYTON PHILLIPS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the sentencing hearing currently set for Monday, November 2, 2009 may be continued to Monday, January 11, 2010 at 1:30 p.m.  The reason for the requested continuance is to permit the defense to continue preparation of its sentencing materials.

United States Probation Officer Waseem Iqbal has been consulted as to the requested continuance and has no objection

Dated: October 1, 2009

```
                                 s/_____
                                 SHAWNA YEN
                                 AssistantUnited States Attorney
```

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00551 JW                    1

Dated: September 28, 2009

                                         s/_____
                                         CYNTHIA C. LIE
                                         Assistant Federal Public Defender

## [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing of Monday, November 2, 2009 shall be continued to Monday, January 11, 2010 at 1:30 p.m.

It is so ordered.

Dated: October 5, 2009

                                         _____
                                         JAMES WARE
                                         United States District Judge