UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.: 09-CR-00551-001-LHK |
|---|---|---|
| Plaintiff, | ) ) | ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S 18 U.S.C. §3582(c)(2) MOTION TO MODIFY, ADJUST OR CORRECT SENTENCE |
| v. | ) ) | |
| MICHAEL CLAYTON PHILLIPS, | ) ) | |
| Defendant. | ) ) | |

On August 15, 2011, Defendant filed a *pro se* motion pursuant to 18 U.S.C. § 3582(c)(2) for a sentence reduction based on United States Sentencing Guideline Amendment 750, which concerns offenses involving cocaine base ("crack cocaine"). *See* U.S.S.G. §1B1.10, proposed Amendment 750; 76 Fed. Reg. 41,332 (July 13, 2011). While the Sentencing Commission decided to apply Amendment 750 retroactively, it delayed the effective date to November 1, 2011. Although a ruling on Plaintiff's motion prior to November 1, 2011 would be premature, the Court finds it appropriate to set a briefing schedule. Accordingly, any opposition by the United States is due by Friday, September 30, 2011, and any reply by Defendant is due by Friday, October 28, 2011.

**IT IS SO ORDERED.**

Dated: August 22, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-CR-00551-001-LHK
ORDER SETTING BRIEFING SCHEDULE